JOSEPH CARDINAL, Doing Business as CARDINAL ENGINEERING COMPANY, Appellant, *v.* UNITED STATES CASUALTY COMPANY, Respondent.

Argued May 21, 1951; decided June 1, 1951.

*Thomas A. McDonald, Daniel McNamara, James S. Tobin* and *Edward C. McDonald* for appellant.

*Bruce Bromley, Samuel R. Feller, Leo H. Hirsch, Jr., Maurice Rosenberg* and *Frederick Mellor* for respondent.

*James B. Donovan* and *William E. Jordan* for National Bureau of Casualty Underwriters and another, *amici curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.